

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

<u>VIA ECF</u>
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/07/2023

April 7, 2023

Re:   <u>Toro v. GFM Licensing Group, LLC.</u>
      <u>Case No. 1:22-cv-10616</u>

Dear Judge Caproni:

Plaintiff submits this letter-motion, with the consent of Defendant, seeking an adjournment of the initial pretrial conference scheduled for April 14, 2023. The Defendant has recently hired new counsel, Erik Bashian, Esq., who is still getting familiarized with the matter. As such, the Parties request an adjournment of the initial pretrial conference, and all related deadlines, up to and until May 14, 2023, or a date more convenient to the court. This is the first time this relief is being requested and both parties consent.

We thank the Court for its attention and consideration herein.

Respectfully submitted,

Mars Khaimov, Esq.

Cc: all counsel of record

---

Application DENIED without prejudice. Not later than **Wednesday, April 12, 2023**, Defendant's counsel must file a notice of appearance and the parties must either renew their request for adjournment of the Initial Pre-Trial Conference or submit a joint letter and case management plan as set forth at Dkt. 5.

SO ORDERED.

*[signature]*
04/07/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE